UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| LORRAINE WHITE, | **ORDER** |
| Plaintiff, | **21-CV-1368 (LTS) (JW)** |
| -against- | |
| DENIS MCDONOUGH, | |
| Defendant. | |

------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on May 25, 2022 for general pretrial. Dkt. No. 21. The Court adjourns the parties' August 16, 2022 status conference to **August 17, 2022 at 1:00 p.m.** Counsel for the parties are directed to call Judge Willis's court conference line at the scheduled time. **Please dial (888) 363-4734, Access code: 9711213.** By no later than **August 3, 2022**, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

      SO ORDERED.

DATED:    New York, New York
               July 20, 2022

                                                                       *Jennifer E. Willis*
                                                                       JENNIFER E. WILLIS
                                                                       United States Magistrate Judge