UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LORRAINE WHITE,　　　　　　　　　　　　　　**ORDER**

　　　　　　　　　Plaintiff,　　　　　　　**21-CV-1368 (LTS) (JW)**

　　　　-against-

DENIS MCDONOUGH,

　　　　　　　　　Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

　　　　The parties' post-discovery status conference on November 21, 2022 at 10:30 a.m. will now take place on Microsoft Teams. Please access the link provided by chambers via e-mail at the time of the conference.

　　　　SO ORDERED.

DATED:　　New York, New York
　　　　　　August 10, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JENNIFER E. WILLIS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge