UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LORRAINE WHITE,

                                      Plaintiff,

          -against-

DENIS MCDONOUGH,

                                    Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-1368 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **February 21, 2023 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties and their attorneys must attend in person. The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly. Pre-conference submissions must be received by the Court no later than **February 13, 2023**. This Order supersedes docket number 38.

      SO ORDERED.

DATED:    New York, New York
                January 20, 2023

                                                      *Jennifer E. Willis*
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge