UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LORRAINE WHITE,

                      Plaintiff,

-against-

DENIS MCDONOUGH,

                      Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-cv-1368 (LTS) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties are directed to jointly file a letter **by May 23, 2023,** providing an update on the status of the case and any ongoing settlement discussions.

The parties should include in their letter whether they are interested in a second settlement conference.

If the Parties feel that it would be productive to hold a second settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by May 23, 2023, at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in June, July, or August.

SO ORDERED.

DATED:    New York, New York
              May 10, 2023

_/s/ Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge